1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9   David A. Lipinski,                )   No. CV 11-693-TUC-RCC (JR)
                                       )
10              Plaintiff,             )   **ORDER**
                                       )
11  vs.                               )
                                       )
12                                     )
    Carolyn W. Colvin,                 )
13                                     )
                Defendant.             )
14                                     )
                                       )
15

16         Plaintiff David A. Lipinski filed this action pursuant to 42 U.S.C. § 405(g) of the

17  Social Security Act for judicial review of the final decision of the Commissioner of the

18  Social Security Administration, denying his application for disability insurance benefits.

19         This matter was referred to United States Magistrate Judge Jacqueline M. Rateau for

20  all pretrial proceedings and report and recommendation in accordance with the provisions

21  of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United

22  States District Court for the District of Arizona.

23         On March 7, 2013, Magistrate Judge Jacqueline M. Rateau issued her Report and

24  Recommendation (Doc. 17), recommending that the District Court, after its independent

25  review of the record herein, remand this matter to the Administrative Law Judge to consider

26  and further evaluate the medical records and lay witness testimony.

27         The Report and Recommendation advised the parties that they may file written

28  objections within fourteen (14) days from the date of service of a copy of the Report and

1    Recommendation. *See* 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

2    Procedure. No objections were filed.

3        The Court considers the Report and Recommendation to be thorough and well-

4    reasoned. After a thorough and de novo review of the record, the Court will **ADOPT** the

5    Recommendation of Magistrate Judge Rateau. Accordingly,

6        **IT IS HEREBY ORDERED** that Magistrate Judge Rateau's Report and

7    Recommendation (Doc. 17) is hereby **ACCEPTED** and **ADOPTED** as the findings of fact

8    and conclusions of law by this Court.

9        **IT IS FURTHER ORDERED** that Plaintiff's claim for benefits is REMANDED to

10    the Administrative Law Judge for further proceedings in accordance with the Report and

11    Recommendation.

12        **IT IS FURTHER ORDERED** that judgment be entered accordingly.

13        DATED this 27th day of March, 2013.

14

15

16

                              Raner C. Collins

17                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28